**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GAVEN L. HEINEY, | ) | CASE NO. 4:22-cv-2232 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| vs. | ) | |
| | ) | |
| CORRECTIONAL SOLUTIONS GROUP, LLC, *et al.*, | ) | **NOTICE:** |
| | ) | **CASE MANAGEMENT** |
| | ) | **CONFERENCE** |
| Defendants. | ) | |

All counsel and parties will take notice that the above-entitled action has been set for a Case Management Conference ("CMC") on **May 25, 2023 at 1:00 PM** before Judge Charles E. Fleming.  Local Civil Rule 16 applies to this case.  **The conference will be held by telephone.**  The Court will provide call-in information closer to the CMC date.  Parties are excused from attendance.

Counsel for the parties shall meet prior to the CMC to discuss the case and prepare the proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).  A Report of the Parties' Planning Meeting shall be filed with the Court at least three business days prior to the CMC.  A sample Report is attached to this Order.  As part of the planning meeting, counsel must determine whether there will be discovery of electronically stored information (ESI) [e-discovery].  If counsel anticipate any e-discovery, they must decide on a method for conducting such discovery or they must agree to abide by the default standard set forth in Appendix K to the Local Civil Rules.

Unless otherwise ordered by the Court, initial disclosures, interrogatories, requests for documents, request for admissions, and answers and responses thereto shall not be filed with the

Clerk's Office, except that discovery materials may be filed as evidence in support of a motion or for use at trial. It is the responsibility of counsel for the plaintiff to verify that a copy of this Order has been received by counsel for defendants or, if no counsel has entered an appearance for defendants, has been received by defendants.

The Court will not continue a hearing or extend a deadline without a written motion stating the reason for the request. The motion should be filed BEFORE the deadline at issue has passed. A motion for continuance or extension due to a conflict shall be filed as soon as counsel becomes aware of the conflict. All motions (except joint motions) shall state whether the other party(s) agrees with or opposes the request. Unless otherwise required to do so by statute or rule, a motion for leave to file a document **SHALL NOT** include that document as an attachment.

During the course of litigation, any questions or concerns regarding any aspect of this case should be directed to the courtroom deputy clerk, Stephanie Siner, at (216) 357-7180.

**IT IS SO ORDERED.**

Date: March 28, 2023

*/s/ Charles Fleming*
_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**