# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| GAVEN L. HEINEY, | ) | CASE NO. 4:22-CV-2232 |
| Plaintiff, | ) ) ) | JUDGE CHARLES E. FLEMING |
| vs. | ) ) | **CASE MANAGEMENT** |
| CORRECTIONAL SOLUTIONS GROUP, LLC, *et al.*, | ) ) ) | **CONFERENCE ORDER** |
| Defendants. | ) ) | |

A Case Management Conference ("CMC") was held in this matter on June 12, 2023. The parties and counsel of record agreed to the following, and IT IS ORDERED that:

1. The parties will exchange the initial disclosures required by Rule 26(a)(1) by June 26, 2023.

2. This case is assigned to the complex track.

3. This case is automatically designated as suitable for Electronic Case Filing (ECF).

4. Case **is not** suitable for ADR at this time **(Although the parties will discuss appropriateness of mediation at the status conference)**.

5. The parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Discovery Plan:

    - Non-expert discovery by February 19, 2024.

    - Expert report for the party with the burden of proof by April 22, 2024.

    - Rebuttal expert report by June 24, 2024.

- Expert discovery by November 4, 2024.

- Dispositive motions by December 4, 2024.

- The pleadings shall be amended without leave of Court on or before: July 10, 2023.

- A Telephonic Status Conference is hereby set for 10:00 a.m. on February 27, 2024. The parties shall be prepared to discuss the status of discovery and their amenability to ADR.

7. The Court will not continue a hearing or extend a deadline without a written motion stating the reason for the request. The motion should be filed BEFORE the deadline at issue has passed. A motion for continuance or extension due to a conflict shall be filed as soon as counsel becomes aware of the conflict. All such motions (except joint motions) shall state whether the other party(s) agrees with or opposes the request.

**IT IS SO ORDERED.**

Date: June 14, 2023

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**