# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DONALD J. HEINEY, Guardian of Gaven L. Heiney, Incompetent, | ) CASE NO. 4:22-cv-02232 ) ) ) JUDGE CHARLES ESQUE FLEMING |
| Plaintiff, | ) ) |
| v. | ) ) |
| CORRECTIONAL SOLUTIONS GROUP, LLC, et al., | ) ) ) |
| DEFENDANTS. | ) |

## NOTICE OF FILING DEPOSITION

Please take notice that counsel for Defendant George Wilson, D.O. hereby gives notice of filing the deposition transcript of Melanie Agnone, LPN, taken September 4, 2024, which has been marked as Exhibit A to Dr. Wilson's Motion for Summary Judgment. Please also note that Plaintiff's Exhibit 8 is attached and incorporated into Exhibit A.

Respectfully submitted,

*/s/ Zachary R. Hoover*
Bobbie S. Sprader (0064015)
bobbie.sprader@dinsmore.com
Zachary R. Hoover (0097672)
zachary.hoover@dinsmore.com
Dinsmore & Shohl LLP
191 West Nationwide Boulevard, Suite 200
Columbus, Ohio 43215
Telephone (614) 628-6880
Fax (614) 628-6890
*Counsel for Defendant George Wilson, D.O.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Notice of Filing Deposition* was served via the Court's electronic filing system and E-mail this 7th day of February 2025:

| | |
|---|---|
| Neal E. Shapero, Esq.<br>Andrew J. Thompson, Esq.<br>Shapero Roloff Co., LPA<br>1111 Superior Avenue East, Suite 1310<br>Cleveland, Ohio 44114<br>nshapero@shaperoroloff.com<br>athompson@shaperoroloff.com<br><br>-and-<br><br>Nicholas T. Amato, Esq.<br>Amato Law Office, LPA<br>420 Broadway Avenue<br>Wellsville, Ohio 43968<br>Amato.lawyer@gmail.com<br><br>*Counsel for Plaintiff* | Jillian L. Dinehart, Esq.<br>Marshall Dennehey<br>127 Public Square, Suite 3510<br>Cleveland, Ohio 44114<br>jldinehart@mdwcg.com<br><br>*Counsel for Defendants*<br>*Correctional Solutions Group, LLC,*<br>*David Stanfield, T. Mackie, T. Prvonozac,*<br>*J. Danko, S. Fraser, and Lt. Delp*<br><br>Andrew D. Jamison, Esq.<br>Nicholas J. Siciliano, Esq.<br>Reminger Co., LPA<br>400 Courtyard Square<br>80 South Summit Street<br>Akron, Ohio 44308<br>Ajamison@reminger.com<br>Nsiciliano@reminger.com<br>*Counsel for Defendants*<br>*Candy Hively, Melanie Agnone,*<br>*Laura Zuch-Battaglia, and*<br>*Merna Baker* |

                                          */s/ Zachary R. Hoover*
                                          Zachary R. Hoover (0097672)