UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **GAVEN HEINEY** | **CASE NO.: 4:22-CV-02232** |
| Plaintiff-Appellant, | **JUDGE CHARLES ESQUE FLEMING** |
| vs. | |
| **CORRECTIONAL SOLUTIONS GROUP, et al.,** | **JOINT MOTION FOR STATUS CONFERENCE** |
| Defendants-Appellees. | |

  Now come counsel for all parties and jointly move this court to set this matter for status conference to discuss ongoing discovery, additional discovery to be completed and a need to extend current discovery and defense expert report deadlines based on the additional discovery to be completed. This motion is made in good faith by all counsel due to the need to complete additional case discovery and is not intended to delay this matter.

                                          Respectfully submitted,

| | |
|---|---|
| */s/ Andrew D. Jamison* | */s/ Andrew J. Thompson* |
| Andrew D. Jamison (0069679) | Neal E. Shapero (009426) |
| Nicholas J. Siciliano (0101165) | Andrew J. Thompson (0071530) |
| 400 Courtyard Square | SHAPERO ǀ ROLOFF CO., LPA |
| 80 S. Summit Street | 1111 Superior Ave. East, Suite 1310 |
| Akron, Ohio 44308 | Cleveland, Ohio 44114 |
| Telephone: (330) 375-1311 | T: (216) 781-1700 |
| Facsimile: (330) 375-9075 | F: (216) 781-1972 |
| E-Mail: ajamison@reminger.com | Email: nshapero@shaperoroloff.com |
|        nsiciliano@reminger.com |        athompson@shaperoroloff.com |
| | |
| *Attorneys for Defendants, Candy Hively, Melanie Agnone, Laura Zuch-Battaglia, and Merna Baker* | *Attorney for Plaintiff Donald Heiney* |
| | |
| */s/ Jillian L. Dinehart* | */s/ Zachary R. Hoover* |
| Jillian L. Dinehart (0086993) | Zachary R. Hoover (0097672) |
| 127 Public Square, Suite 3510 | Dinsmore & Shohl LLP |
| Cleveland, Ohio 44114 | 191 West Nationwide Boulevard, Suite 200 |
| Phone: (216) 912-3800 | Columbus, Ohio 43215 |
| Fax: (216) 344-9006 | Telephone (614) 628-6880 |
| Email: jldinehart@mdwcg.com | Email: zachary.hoover@dinsmore.com |
| | |
| *Attorney for Defendants, Correctional Solutions Group, LLC, David Stanfield, Warden T. Mackie, Assistant Warden, T. Prvonozac, J. Danko, S. Fraser and Lt. Delp* | *Attorney for Defendant George Wilson, DO* |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing has been sent to all counsel of record via the Court's electronic filing system to all counsel of record, on this 19th day of September 2025.

                                       */s/ Andrew D. Jamison*
                                       Andrew D. Jamison (0069679)
                                       Nicholas J. Siciliano (0101165)