IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Donald Heiney, Guardian, | ) | |
| | ) | Case No.: 4:22-CV-02232 |
| Plaintiff, | ) | |
| | ) | Judge Charles Esque Fleming |
| v. | ) | |
| | ) | |
| Correctional Solutions Group, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

NOW COMES Plaintiff, by and through the undersigned counsel, and hereby submits the

*Affidavit of Adam B. Valentin, Jr. (a/k/a Adam Olzak)* in further support of his Supplemental

Memorandum in Opposition To Motion For Summary Judgment Of Defendant, George Wilson,

D.O. [Doc. 119]. A copy of said Affidavit is attached hereto as Exhibit A.

*/s/ Andrew J. Thompson, Esq.*
Neal E. Shapero (009426)
Andrew J. Thompson (0071530)
Sʜᴀᴘᴇʀᴏ ǀ Rᴏʟᴏꜰꜰ Cᴏ., LPA
1111 Superior Ave. East, Suite 1310
Cleveland, Ohio 44114
T: (216) 781-1700
F: (216) 781-1972
nshapero@shaperoroloff.com
athompson@shaperoroloff.com

and

Nicholas T. Amato (0041277)
Amato Law Office, LPA
420 Broadway Ave.
Wellsville, Ohio 43968
T: (330) 532-9500
F: (330) 532-4044
amato.lawyer@gmail.com

*Attorneys for Plaintiff*
*Donald Heiney, Guardian*

<u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing *Notice of Supplemental Authority* was served on this  24th  day

of October 2025, pursuant to Fed.R.Civ.P. 5(b)(2)(E), by operation of the Court's electronic filing

system.  Notice of this filing may be accessed by all parties by operation of the Court's ECF system.

A courtesy copy of was also served to all counsel of record by electronic mail.


*/s/ Andrew J. Thompson*
Andrew J. Thompson, Esq. (0071530)