**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONALD HEINEY,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONAL SOLUTIONS GROUP, et al.<br><br>Defendants. | ) | CASE NO.: 4:22-CV-02232<br><br>JUDGE CHARLES ESQUE FLEMING<br><br>**DEFENDANTS CANDY HIVELY, MELANIE AGNONE, LAURA ZUCH-BATTAGLIA, AND MERNA BAKER'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO PERMIT EVIDENCE AFTER EXPIRATION OF NON-EXPERT DISCOVERY DEADLINE** |

Now come Defendants, Candy Hively, Melanie Agnone, Laura Zuch-Battaglia, and Merna Baker, and respectfully submit their Brief in Opposition to Plaintiff's Motion to Permit Evidence after Expiration of Non-Expert Discovery Deadline. For the sake of brevity and judicial economy, Defendants assert that Plaintiff has failed to demonstrate "good cause" to allow such evidence as set forth in detail in Defendants, Correctional Solutions Group, LLC, David Stanfield, T. Mackie, T. Prvonozac, J. Danko, S. Fraiser and Lt. Delp,'s Brief in Opposition to the same Motion. Defendants thus fully incorporate the facts and arguments as set forth in co-defendants' Brief in Opposition (ECF # 132) as fully rewritten herein. Therefore, for the same reasons as asserted in that Brief in Opposition, Defendants submit that Plaintiff's Motion to Permit Evidence after Expiration of Non-Expert Discovery Deadline should be denied.

Respectfully submitted,

**REMINGER CO., L.P.A.**

*/s/ Nicholas J. Siciliano*
Andrew D. Jamison (0069679)
Nicholas J. Siciliano (0101165)
400 Courtyard Square
80 S. Summit Street
Akron, Ohio 44308
Telephone: (330) 375-1311
Facsimile: (330) 375-9075
E-Mail: ajamison@reminger.com
nsiciliano@reminger.com
*Attorneys for Defendants, Candy Hively, Melanie Agnone, Laura Zuch-Battaglia, and Merna Baker*

**CERTIFICATE OF SERVICE**

The foregoing was electronically filed on the 21st day of November, 2025 and will be accessible to all parties through the Court's electronic filing system.

*/s/ Nicholas J. Siciliano*
Andrew D. Jamison (0069679)
Nicholas J. Siciliano (0101165)